1 | JEANE HAMILTON (CA State Bar No. 157834)
  | NATHANAEL M. COUSINS (CA State Bar No. 177944)
2 | DAVID J. WARD (CA State Bar No. 239504)
  | Antitrust Division
3 | Attorneys for the United States

**FILED**

DEC - 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 07 0765 PJH

| UNITED STATES OF AMERICA, | ) No. |
| Plaintiff, | ) |
|  | ) UNITED STATES' MOTION TO |
|  | ) SEAL INDICTMENT AND |
|  | ) ARREST WARRANT |
| v. | ) DOCUMENTS AND [~~PROPOSED~~] |
|  | ) ORDER |
| MICHAEL BEKER, a.k.a. | ) |
| Mikhail Lvovich, a.k.a. Mendel Beker, | ) |
| ARIE PRILIK and | ) |
| NEWCON INTERNATIONAL LTD. | ) |
|  | ) |
| Defendants. | ) |

The government hereby moves the Court for an order sealing this motion, the Indictment, the arrest warrant documents, and the sealing order until further order of the Court. The government requests that the order permit disclosure only to government counsel identified on this motion, law enforcement officials assisting in the investigation, and judicial officers, when necessary to perform their official duties. The defendants reside in Canada. The government believes that disclosure of the existence of the Indictment and arrest warrant, or the information contained in those documents, may jeopardize the progress of an ongoing criminal investigation, in that disclosure might assist

//
//
//
MOTION TO SEAL

1 | the defendants avoid this jurisdiction.

2

3 | DATED: December 4, 2007        Respectfully submitted,

4

5 | *[signature: Jane Hamilton]*

6 | JEANE HAMILTON
Attorney, Antitrust Division
7 | U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
8 | San Francisco, CA 94102
Telephone: (415) 436-6660

MOTION TO SEAL