1  JEANE HAMILTON (CA State Bar No. 157834)
   NATHANAEL M. COUSINS (CA State Bar No. 177944)
2  DAVID J. WARD (CA State Bar No. 239504)
   Antitrust Division
3  U.S. Department of Justice
   450 Golden Gate Avenue
4  Box 36046, Room 10-0101
   San Francisco, CA  94102
5  Telephone:  (415) 436-6660
   Email: david.ward2@usdoj.gov
6

**FILED**

DEC 1 ┼ 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7  Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MENDEL BEKER, a.k.a.<br>Mikhail Lvovich, a.k.a. Michael Beker,<br>ARIE PRILIK and<br>NEWCON INTERNATIONAL LTD.<br><br>Defendants. | CR No. 07 0765 PJH<br><br>UNITED STATES' WITHDRAWAL OF NOTICE OF RELATED CASES IN A CRIMINAL ACTION, MOTION TO SEAL, AND [PROPOSED] ORDER |

The United States hereby withdraws the following notice, motion and proposed order:

1. Notice of Related Cases in a Criminal Action (regarding United States v. Mendel Beker, et. al., CR No. 07 0765 PJH and Newcon International Ltd. v. American Technologies Network Corporation and Dmitry Rocklin, C 06-1368 PJH);

2. United States' Motion to Seal the Following: Notice of Related Cases in a Criminal Matter; and

3. The [Proposed] Sealing Order.

WITHDRAWAL: CR 07-0765                - 1 -

1  All three were filed on December 7, 2007 with Judge Phyllis J. Hamilton.

3  DATED: December 11, 2007                    Respectfully submitted,

*[signature]*

DAVID J. WARD
Attorney, Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660
Email: david.ward2@usdoj.gov

WITHDRAWAL: CR 07-0765                    - 2 -