1  JEANE HAMILTON (CA State Bar No. 157834)
   NATHANAEL M. COUSINS (CA State Bar No. 177944)
2  DAVID J. WARD (CA State Bar No. 239504)
   U.S. Department of Justice
3  450 Golden Gate Avenue
   Box 36046, Room 10-0101
4  San Francisco, CA  94102
   Telephone: (415) 436-6660
5  Email: david.ward2@usdoj.gov

6  Attorneys for the United States

FILED

DEC 13 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0765 PJH |
| Plaintiff, | UNITED STATES' MOTION TO SEAL THE FOLLOWING: WITHDRAWAL OF NOTICE OF RELATED CASES IN A CRIMINAL MATTER, MOTION TO SEAL AND [PROPOSED] ORDER |
| v. | |
| MENDEL BEKER, a.k.a. Mikhail Lvovich, a.k.a. Michael Beker, ARIE PRILIK and NEWCON INTERNATIONAL LTD. | (FILED UNDER SEAL) |
| Defendants. | |

The government hereby moves the Court for an order sealing this motion, the Withdrawal of Notice of Related Cases in a Criminal Action, and the sealing order, until further order of the Court. The defendants reside in Canada. The government believes that disclosure of the existence of the criminal indictment, which would occur if the Withdrawal of Notice of Related Cases was filed publicly, might jeopardize the progress

//
//
//
//

MOTION TO SEAL: CR 07-0765 PJH - PAGE 1

1  of an ongoing criminal investigation, in that disclosure might assist the defendants to
2  avoid arrest.

3
4
5  DATED: December 11, 2007            Respectfully submitted,
6
7                                      /s/ David J. Ward
                                       _____
8                                      DAVID J. WARD
                                       Attorney, Antitrust Division
9                                      U.S. Department of Justice
                                       450 Golden Gate Avenue
                                       Box 36046, Room 10-0101
10                                     San Francisco, CA  94102
                                       Telephone:  (415) 436-6660
11                                     Email: david.ward2@usdoj.gov

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTION TO SEAL: CR 07-0765 PJH - PAGE 2