1  JEANE HAMILTON (CA State Bar No. 157834)
   NATHANAEL M. COUSINS (CA State Bar No. 177944)
2  DAVID J. WARD (CA State Bar No. 239504)
   Antitrust Division
3  U.S. Department of Justice
   450 Golden Gate Avenue
4  Box 36046, Room 10-0101
   San Francisco, CA 94102
5  Telephone: (415) 436-6660
   Email: david.ward2@usdoj.gov

FILED
DEC 1ϯ 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0765 PJH |
| Plaintiff, | [~~PROPOSED~~] SEALING ORDER |
| v. | (FILED UNDER SEAL) |
| MENDEL BEKER, a.k.a. Mikhail Lvovich, a.k.a. Michael Beker, ARIE PRILIK and NEWCON INTERNATIONAL LTD. | |
| Defendants. | |

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's Motion to Seal, the Withdrawal of Notice of Related Cases in a Criminal Action, and this sealing order shall be sealed until further order of the Court.

DATED: 12/13/07

PHYLLIS J. HAMILTON
U.S. District Court Judge

SEALING ORDER - CR 07-0765 PJH

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MENDEL BEKER, et al.,<br><br>        Defendant. | Case Number: CR-07-0765<br><br>**CERTIFICATE OF SERVICE**<br><br>**UNDER SEAL** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Ward
Antitrust Division
U.S. Department of Justice
450 Golden Gate Ave.
San Francisco, CA 94102

December 13, 2007

Richard W. Wieking, Clerk

By:Nichole Heuerman