JEANE HAMILTON (CA State Bar No. 157834)
NATHANAEL M. COUSINS (CA State Bar No. 177944)
DAVID J. WARD (CA State Bar No. 239504)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA  94102
Telephone:  (415) 436-6660

Attorneys for the United States

**FILED**

APR 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BEKER, a.k.a.<br>Mikhail Lvovich, a.k.a. Mendel Beker,<br>ARIE PRILIK and<br>NEWCON INTERNATIONAL LTD.<br><br>Defendants. | No. CR 07-0765 PJH<br><br>UNITED STATES' MOTION TO<br>UNSEAL INDICTMENT AND<br>ARREST WARRANTS |

The United States respectfully requests that the Court unseal the Indictment and Arrest

Warrants in this matter.  The undersigned represent that unsealing these documents will

compromise no law enforcement interest.  A proposed Order is attached.

Respectfully Submitted,

Dated:  4-14-08

JEANE HAMILTON
Trial Attorney
Antitrust Division
U.S. Department of Justice