JEANE HAMILTON (CA State Bar No. 157834)
NATHANAEL M. COUSINS (CA State Bar No. 177944)
DAVID J. WARD (CA State Bar No. 239504)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

Attorneys for the United States

FILED
APR 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0765 PJH |
| Plaintiff, | UNSEALING ORDER |
| v. | |
| MICHAEL BEKER, a.k.a. Mikhail Lvovich, a.k.a. Mendel Beker, ARIE PRILIK and NEWCON INTERNATIONAL LTD. | |
| Defendants. | |

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the Indictment and Arrest Warrants in this matter shall be unsealed.

DATED: 4/15/08

Honorable Phyllis J. Hamilton
United States District Court Judge

